**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Otis SILVER, a/k/a Silk, Defendant—Appellant.**

**No. 12–6459.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 3, 2012.

Decided: June 1, 2012.

Otis Silver, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Otis Silver appeals the district court's orders denying a reduction in his sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Silver*, No. 4:05–cr–00037–RBS–FBS–3 (E.D. Va. Dec. 6, 2011; filed Nov. 8, 2011, entered Nov. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*